MINUTE ENTRY
FALLON, J.
AUGUST 11, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1088** |
| **BROWNE** | **SECTION "L" (1)** |

 A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Michael Joseph Hall participated on behalf of Plaintiffs Dawn Elsey and Angell Hill. Matthew Hamilton participated on behalf of Defendants Vanessa Browne and Certas Home and Auto Insurance Company. The parties updated the Court on the status of the case. The Court told the parties that they should contact the Court in the event that a further status conference would be helpful.

JS10(00:03)